**1112**

## J. T. STOUT v. STATE.
### No. 17624.

Court of Criminal Appeals of Texas.
June 5, 1935.

J. Earle Kuntz, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, confinement in the penitentiary for life.

The record is here without statement of facts or bills of exception. It appears from the indictment herein that this appellant was indicted under the Habitual Criminal Act, it being alleged that on two prior occasions he had been convicted for offenses similar to the one here charged.

No error appearing, the judgment will be affirmed.

## Tom TREAVORS v. STATE.
### No. 17762.

Court of Criminal Appeals of Texas.
June 5, 1935.

J. Lee Bilberry, of Barstow, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and at his request same is ordered dismissed.

## Morgan TULLY v. STATE.
### No. 17586.

Court of Criminal Appeals of Texas.
May 8, 1935.

T. K. Irwin, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for unlawfully carrying a pistol; punishment, a fine of $200.

We find with this record an affidavit in due form made by appellant asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.

MORROW, P. J., absent.

## Casey WOODALL v. STATE.
### No. 17639.

Court of Criminal Appeals of Texas.
May 15, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft, punishment being assessed at two years in the penitentiary.

It appears from proper affidavit that pending the appeal appellant was held in the county jail of Collin county; that he escaped therefrom by sawing the bars of the cell in which he was confined.

Under the provisions of article 824, C. C. P., as amended by Acts 1933, c. 34 (Vernon's Ann. C. C. P. art. 824), this court lost jurisdiction by said escape.

The appeal is dismissed.

MORROW, P. J., absent.